IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-001887-RBJ

JANE BENEDICT,

    Plaintiff,

v.

GLENNA VILLERS,
CHRIS KOZUCH, and
THE TOWN OF PARKER, COLORADO,

    Defendants.

---

ORDER GRANTING STIPULATED MOTION
TO DISMISS CERTAIN PARTIES

---

THE COURT, having reviewed the Stipulated Motion to Dismiss Certain Parties (Doc. 38) filed by the parties, having reviewed the file, and being fully advised, HEREBY ORDERS that Defendants Officer Glenna Villers and Officer Chris Kozuch are hereby dismissed from this action, with prejudice, with each party to pay his/her own costs and fees.

DATED this 30th day of April, 2015.

BY THE COURT:

*/s/ Brooke Jackson*

_____
R. Brooke Jackson
United States District Judge

1