IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01887-RBJ-KMT

JANE BENEDICT,

    Plaintiff,

v.

THE TOWN OF PARKER, COLORADO,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION
TO DISMISS, WITH PREJUDICE**
_____

THE COURT, having reviewed the Stipulated Motion to Dismiss (ECF No. 40) filed by the parties, having reviewed the file, and being fully advised,

HEREBY ORDERS that this action is hereby dismissed, with prejudice, with each party to pay her/its own costs and fees.

Done this 5th day of May, 2015.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
U.S. District Court Judge